IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SMART COMMUNICATIONS SYSTEMS, )
LLC, ET AL., )
 )
            Plaintiffs, )
 )
v. )   Case No. 17-2488-JAR
 )
REGION CONSTRUCTION, INC., ET AL. )
 )
            Defendants. )

## NOTICE AND ORDER TO SHOW CAUSE

The complaint in this action was filed on August 28, 2017, and an amended complaint was filed on October 13, 2017. Summonses have been returned showing execution upon defendants Region Construction, Inc.,[1] EZConnect, Inc., Florin Gombos, Ovidiu Gombos, and Cornelieu Emanuel Gombos on September 29, 2017.[2]

To date, said defendants have not filed a response to the amended complaint and plaintiffs have not moved for the entry of default against them. Therefore, the court orders plaintiffs to show cause in writing to the Honorable Julie A. Robinson, United States District

---

[1] Plaintiffs have named both Region Construction, Inc., Kansas, and Region Construction, Inc. Tennessee, as defendants. Plaintiffs have filed a return showing execution on "Region Construction." ECF No. 21. It is unclear which of the two Region defendants were served.

[2] The record does not reflect that service of summons or the complaint has been accomplished on defendants U.S. Underground, Inc. and the other Region defendant, but plaintiffs are still within the Fed. R. Civ. P. 4(m) time limit for effectuating service.

Judge, on or before **November 16, 2017**, why this case should not be dismissed, with prejudice, for lack of prosecution under Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated November 2, 2017, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U. S. Magistrate Judge